PROB 12B
(7/93)

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2022

SEAN F. McAVOY, CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles Henry Reedy         Case Number: 0980 2:19CR00181-TOR-1

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice; U.S. District Judge

Date of Original Sentence: March 3, 2020       Type of Supervision: Supervised Release

Original Offense: Escape From Custody           Date Supervision Commenced:
18 U.S.C. §§ 751(a), 4082(a)

Original Sentence: Prison - 15 Months           Date Supervision Expires:
                   TSR - 12 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

6    You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

## CAUSE

Mr. Reedy is currently serving his custody sentence in the Bureau of Prisons in Sheridan, Oregon. He is scheduled to release from custody on November 6, 2022, and commence his term of supervised release.

At this time, Mr. Reedy does not have an approved release address and is without financial resources. His wife has expressed to this officer that she and the offender have communicated about his upcoming release and they both understand the challenges associated with transitioning into the community. Therefore, in efforts to avoid homelessness, the offender would like the terms of his supervised release to be modified to include public law placement at the residential reentry center (RRC), as noted above. RRC placement will allow Mr. Reedy to build a more stable foundation as he reintegrates into the community.

Should Your Honor concur, enclosed is a waiver of hearing to modify conditions of supervision signed by Mr. Reedy, agreeing to the above-noted modifications.

Prob 12B
**Re: Reedy, Charles Henry**
**June 16, 2022**
**Page 2**

|  |  |
|---|---|
| by | Respectfully submitted, |
|  | s/Araceli Mendoza |
|  | Araceli Mendoza |
|  | U.S. Probation Officer |
|  | Date: June 16, 2022 |

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Thomas O. Rice
United States District Judge

_June 21, 2022_____
Date